IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEWAYNE CUNNINGHAM, #190108, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-520-WKW |
| ) | [WO] |
| KAY IVEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 7, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 14) is ADOPTED.

(2) This case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A separate final judgment will be entered.

DONE this 29th day of April, 2021.

/s/ W. Keith Watkins
United States District Judge